Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Jeana Jiles N. - 91665-083 )
Hazelton Secure Female Facility )
PO Box 3000 )
Bruceton Mills, WV - 26525 , )
(Full name under which you were convicted, )
prison number, place of confinement, and )
full mailing address) )
)
)
Petitioner, )
vs. )
)
Warden McCaffrey , )
(Name of Warden or other authorized person )
where you are incarcerated) )
)
Respondent. )
)

FILED
JUN 16 2022
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

**Petition for Habeas Corpus**
**Pursuant to 28 U.S.C. § 2241**

5:22 cv 154

Civil Action No. 3:22-cv-84
(to be assigned by Clerk)

Bailey
Mazzone
Prince

**Important notes to read before completing this form:**

★   Please read the entire petition **before** filling it out. Answer **only** those questions which pertain to your claim(s).

1.   This petition concerns (check the appropriate box):

☐   a conviction
☒   a sentence
☒   jail or prison conditions
☐   prison disciplinary proceedings
☐   a parole problem
☐   other, state briefly: _____

Attachment A

_____
_____
_____

2. Are you represented by counsel?   ☐ Yes   ☒ No

   If you answered yes, list your counsel's name and address: _____
   _____
   _____

3. List the name and location of the court which imposed your sentence:
   United States District Court for the Eastern District of Virginia Norfolk Division

4. List the case number, if known: 2:17 cr 147

5. List the nature of the offense for which the sentence was imposed:
   Conspiracy to Distribute and Possess w/ Intent to Distribute Oxycodone and unlawfully Obtain Oxycodone by Fraud

6. List the date each sentence was imposed and the terms of the sentence:
   Sentenced on: April 11th 2018
   term: 144 months, 5 yr supervised probation
   plea signed: January 10th, 2018

7. What was your plea to each count? (Check one)

   ☒ Guilty
   ☐ Not Guilty
   ☐ Nolo Contendere

Attachment A

8. If you were found guilty after a plea of not guilty, how was that finding made?

☐ A jury
☐ A Judge without a jury
☐ A Magistrate Judge without a jury

9. Did you appeal from the judgment of conviction or imposition of the sentence?

☐ Yes   ☒ No

10. If you did appeal, give the following information for each appeal:

A. Name of Court: _____
B. Result: _____
C. Date of Result: _____
D. Grounds raised (List each one): _____

_____
_____
_____
_____

Note: if you filed an appeal in more than one court, attach an additional sheet of paper of the same size and give all of the information requested in Question 10, A through D.

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? This is called a post-conviction pleading.

☒ Yes   ☐ No

If your answer was yes, complete the following sections:

A. First post-conviction proceeding:
   1. Name of Court: US District Court for Eastern Dist of VA.

**Attachment A**

    2.    Nature of Proceeding: Compassionate Release 18 USC, 3582(c)(1)(A)(i)
    3.    Grounds Raised: extraordinary and compelling reasons
    4.    Did you receive an evidentiary hearing? ☒ Yes  ☐ No
    5.    Result: motion denied
    6.    Date of Result: June 22, 2021

B.    Second post-conviction proceeding:
    1.    Name of Court: _____
    2.    Nature of Proceeding: _____
    3.    Grounds Raised: _____
    4.    Did you receive an evidentiary hearing? ☐ Yes  ☐ No
    5.    Result: _____
    6.    Date of Result: _____

C.    Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?
    1.    First proceeding:    ☐ Yes  ☒ No  Result: _____
    2.    Second proceeding: ☐ Yes  ☐ No  Result: _____

D.    If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: I was unaware of an option to appeal my Judge's decision. Once I receive my paralegal certificate I will know more, to do so.

12.    For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

    A.    U.S. Parole Commission unlawfully revoked my parole.
    B.    Federal Bureau of Prisons unlawfully computed my sentence.

**Attachment A**

    C.    Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.
    D.    Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.
    E.    There is an unlawful detainer lodged against me.
    F.    I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.
    G.    The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

    A.    Ground one:

I am serving time on a 144 month sentence, with a release estimated at March 2029. Prior to such I completed a state sentence of 18 months. I am only getting federal credit from April of 2019. I have been incarcerated since March 17th, 2017 on related charges (relevant conduct)

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place).

Between Nov. 19th, 2020 to May 27th, 2021 I exercised/exhausted my remedial process per Prison Litigation Reform Act and my request was denied by my prison Warden, Central Office in Grand Prairie and Regional Office. I am only receiving credit from April 19, 2019 to current. I came to Hazelton on 4-19-19.

    B.    Ground two:

Attachment A

During the pandemic, from 3-16-2020 to still current, Hazelton SFF has been on a lockdown or modified schedule. Making it very difficult to program - which helps us qualify for FSA, point reduction & to reduce recidivism scoring. We also have went without water, air condition, and proper healthcare at times.

Supporting facts:
I have added a detailed log of dates and hardships experienced since March 16th 2020 to current. Just as of yesterday (5-16-22) classes & programs are again cancelled due to SFF being back in the "red". As well we have not had full use of hot water for showers for 2 weeks now (April 26th 2022 to current).

C.  Ground three:

I am serving time on my sentence for a mandatory minimum of a dangerous weapon. My guidelines should have been recalculated.

Supporting facts:
On my sentencing K. Hudson (Prosecutor for Eastern Dist. of VA) asked Judge R.B. Smith to have the dangerous weapon stricken from the record - due to inconclusive evidence.

D.  Ground four:

Attachment A

Supporting facts:

_____
_____
_____
_____
_____

13. Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome:

_____
_____
_____
_____
_____

14. If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

   A. Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

   ☒ Yes    ☐ No

   1. If your answer to "A" above was yes, what was the result: I was not granted my request. Denied by Warden Adams @ SFF Hazelton; Mr. Boudreaux @ Grand Prairie and Mr. Petrucci @ Regional Office, as well as Mr. Boudreaux sending another notice via email to my Case Manager of denial.

**Attachment A**

    2.    If your answer to "A" above was no, explain:

_____
_____
_____

B.    If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

    ☒ Yes    ☐ No

    1.    If your answer to "B" above was yes, what was the result:
I was not granted my request.
_____
_____

    2.    If your answer to "B" above was no, explain:

_____
_____
_____

15.    Relief: State here, as briefly as possible, exactly what you want the court to do for you:

    1.    Make **no** legal arguments.
    2.    Cite **no** cases or statutes.

I would like the court to grant my request and allow me to receive a computated sentence from the date I was arrested on March 17th, 2017 to current.

Attachment A

16. If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention.

_____
_____
_____
_____
_____
_____

Signed this __10th__ day of __June__, __2022__.
              (day)                  (month)           (year)

_____
Your Signature

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: __6-11-2022__   _____
                                                  Your Signature

Attachment D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Jeana N. Jiles
\# 91665-083
_Your full name_

v.                                      Civil Action No.: 3:22 cv 84

Warden McCaffrey
FCI Hazelton
P.O. Box 5000
Bruceton Mills, WV 26525
_Enter above the full name of respondent in this action_

## Certificate of Service

I, Jeana Jiles _____ (your name here), appearing *pro se*, hereby certify that I have served the foregoing trust Account statement (prior 6 months) title of document being sent) upon the respondent by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the respondent on 5-31-22 _____ (insert date here):

(List name and address of counsel for respondent)

_____
(sign your name)